■ JOHANNA KNIGHT, Respondent, v JAMES McENROE et al., Appellants.—In a negligence action to recover damages for personal injuries, defendants appeal from a judgment of the Supreme Court, Rockland County, entered June 12, 1974, in favor of plaintiff, upon a jury verdict. Judgment affirmed, with costs. Upon this appeal, appellants concede liability and only contend that the verdict was excessive. We find the verdict to be well within prescribed limits. Martuscello, Acting P. J., Latham, Margett, Brennan and Shapiro, JJ., concur.

■ ANN MAHER, Respondent, v MARPET DEVELOPMENT CO., INC., et al., Appellants.—In a summary proceeding to recover possession of real property for nonpayment of rent (Real Property Actions and Proceedings Law, § 711), the tenant and undertenant appeal from an order of the Supreme Court, Westchester County, entered June 13, 1975, which denied their motion to compel arbitration. Order affirmed, with $20 costs and disbursements. The arbitration clause in the lease does not clearly manifest an intention to substitute arbitration for the more expeditious summary proceeding for nonpayment of rent. Rabin, Acting P. J., Cohalan, Margett and Christ, JJ., concur.

■ MARY E. McGOVERN, Respondent, v ROBERT McGOVERN, Appellant. —The respective attorneys for the parties on this appeal from a judgment of the Supreme Court, Nassau County, entered April 28, 1975, have agreed by stipulation dated September 16, 1975 that said judgment be modified as follows: (1) the support provision for plaintiff, payable by defendant, is reduced from $60 per week to $50 per week, effective September 19, 1975; (2) the support provision for the parties' child, Douglas McGovern, payable by defendant to plaintiff, is reduced from $60 per week to $50 per week, effective September 19, 1975; and (3) defendant shall pay the sum of $150 within 10 days of September 16, 1975, as a counsel fee, to Michael Brookman, Esq., attorney for plaintiff, for services up to September 16, 1975. In accordance with the foregoing, the judgment is modified as so provided, without costs. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.